IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VEE'S MAKETING, INC.,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

  v.                                        Case No.  13-cv-481-bbc

UNITED STATES OF AMERICA,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Internal Revenue Service and dismissing this case.

    s/V. Olmo, Deputy Clerk                        05/21/2015
    Peter Oppeneer, Clerk of Court                 Date