UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
CASE NUMBER: 3:13-cv-00481

| | | |
|---|---|---|
| VEE'S MARKETING, INC., | § § | |
| Plaintiff, | § § | NOTICE OF APPEAL |
| v. | § § | |
| UNITED STATES OF AMERICA, | § § | FILED ELECTRONICALLY |
| Defendant. | § § | |

Notice is hereby given that Plaintiff Vee's Marketing, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Interlocutory Opinion and Order entered in this action on the 10th day of October, 2014, and Opinion and Order entered in this action on the 21st day of May, 2015.

/s/ George W. Connelly
GEORGE W. CONNELLY
ATTORNEY-IN-CHARGE FOR PLAINTIFF
Texas State Bar No. 04683980
United States District Court No. 8395
Chamberlain, Hrdlicka, White,
Williams & Aughtry
1200 Smith Street, 14th Floor
Houston, Texas 77002
(713) 658-1818

July 8, 2015

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY on July 8, 2015, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the ECF system and that it has been served upon the following counsel via E-mail and United Parcel Service as listed below:

      Harris J. Phillips
      U.S. Department of Justice, Tax Division
      Massachusetts Bar # 675603
      Post Office Box 7238, Ben Franklin Station
      Washington, D.C. 20044
      Harris.J.Phillips@usdoj.gov

      <u>Physical Address</u>
      555 4th St. NW, Room 8921
      Washington, D.C.  20001


      /s/ George W. Connelly
      GEORGE W. CONNELLY

1917559.2
111008..000001